**E-FILED**
Friday, 29 October, 2004 03:48:19 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| BENYEHUDAH WHITFIELD, #N–74277, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 03-3014 |
| | ) | |
| DONALD SNYDER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION
FOR EMERGENCY OR A SPEEDY HEARING**

Now come Defendants, TERRI ANDERSON, CHRIS BARNHART, GORDY BARRETT, FREDERICK BESSELL, JR., SCOTT BRINKMEIER, DAVID CLARK, MARK COULEAS, JOHN COWAN, DAN CRUM, DIRK DUSING, DAVE DYSON, JAN FREIL, BRADLEY FREIMAN, MARY HENRY, DENNIS HOCKADAY, SEAN HOLLER, DOUG HOYLE, KENT HUMPHREY, STEPHEN KING, TERESSA KISCO, GARY KNOP, MICHAEL MCCARTY, KENT MITCHELL, LEO MONTGOMERY, JANET NICHOLAS, JAMES NOBLE, JOHN PENWARDEN, MICHAEL PRITCHARD, ROBERT RINER, DONALD SNYDER, DAVID SUMMERS, STEVEN SWEETIN, MICHAEL TERRY, NANCY TUCKER, ALAN VANCE, JULIA VINCENT, PAUL VINCENT, JOHN WILSON, RODERICK WORKMAN, and CASSANDRA WRIGHT, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and for their Response to Plaintiff's Motion for Emergency or a Speedy Hearing , they state the following:

1. On October 8, 2004, Defendants filed a response to Plaintiff's Motion to Compel, which addresses each and every issue that Plaintiff raised concerning Defendants' alleged failure to produce certain information.

2. Prior to this Court's ruling on Plaintiff's Motion to Compel and Defendants' Response, Plaintiff filed an "Plaintiff's Motion for Emergency or a Speedy Hearing." In this Motion, Plaintiff makes arguments that he has already raised in his Motion to Compel.

3. This Court has both the arguments of Plaintiff and Defendants concerning discovery issues; therefore, Plaintiff's present Motion is unnecessary.

WHEREFORE, Defendants respectfully request that this Honorable Court deny Plaintiff's Motion for Emergency or a Speedy Hearing.

Respectfully submitted,

TERRI ANDERSON, CHRIS BARNHART, GORDY BARRETT, FREDERICK BESSELL, JR., SCOTT BRINKMEIER, DAVID CLARK, MARK COULEAS, JOHN COWAN, DAN CRUM, DIRK DUSING, DAVE DYSON, JAN FREIL, BRADLEY FREIMAN, MARY HENRY, DENNIS HOCKADAY, SEAN HOLLER, DOUG HOYLE, KENT HUMPHREY, STEPHEN KING, TERESSA KISCO, GARY KNOP, MICHAEL MCCARTY, KENT MITCHELL, LEO MONTGOMERY, JANET NICHOLAS, JAMES NOBLE, JOHN PENWARDEN, MICHAEL PRITCHARD, ROBERT RINER, DONALD SNYDER, DAVID SUMMERS, STEVEN SWEETIN, MICHAEL TERRY, NANCY TUCKER, ALAN VANCE, JULIA VINCENT, PAUL VINCENT, JOHN WILSON, RODERICK WORKMAN, and CASSANDRA WRIGHT,

Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendants,

By: s/ Ericka Sanders
ERICKA SANDERS
Assistant Attorney General

Ericka Sanders, #06256622
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
(217)782-9056

Of Counsel.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| BENYEHUDAH WHITFIELD, #N-74277, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 03-3014 |
| | ) | |
| DONALD SNYDER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2004, I electronically filed Defendants' Response to Plaintiff's Motion for Emergency or a Speedy Hearing with the Clerk of the Court using the CM/ECF system which will send notification of such filings to the following:

NONE

and I hereby certify that on October 29, 2004, I mailed by United States Postal Service, the Defendants' Response to Plaintiff's Motion for Emergency or a Speedy Hearing to the following non-registered participant:

Benyehudah Whitfield, #N–74277
Pontiac Correctional Center
700 W. Lincoln St.
P. O. Box 99
Pontiac, Illinois 61764

Respectfully submitted,

s/ Ericka Sanders

Ericka Sanders, Attorney Bar #6256622
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, IL 62706
Phone: (217) 782-9056
Fax: (217) 782 -8767
E-Mail: esanders@atg.state.il.us